The undersigned Assistant United States Attorney has reviewed the entire Complaint package and approves.

Digitally signed by RACHEL SWARTZ
Date: 2025.10.29 16:11:32 -04'00'

Rachel Barish Swartz

CLERKS OFFICE US DISTRICT COURT AT HARRISONBURG, VA
FILED
10/30/2025
LAURA A. AUSTIN, CLERK
BY: /s/ Amy Fansler
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA

Harrisonburg Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Case No. 5:25mj00059 |
| Jaykie Jazmine FUNEZ ANDRADE | ) | |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Scott M. Stein, being duly sworn, depose and state:

### I.   INTRODUCTION

1. This affidavit is submitted in support of a criminal complaint and arrest warrant charging the above named defendant with a misdemeanor violation of 18 U.S.C § 111(a)(1) (resisting officers) in that, on or about October 27, 2025, in Harrisonburg, Virginia, which is located in the Western District of Virginia, Jaykie Jazmine FUNEZ ANDRADE forcibly resisted, opposed, and impeded agents of the Department of Homeland Security engaged in the performance of official duties.

2. I am a Special Agent with the U.S. Department of Homeland Security (DHS), Homeland Security Investigations (HSI), have been so employed since 2009. Prior to my employment with HSI, I was employed as a local law enforcement officer with the City of Virginia Beach for approximately six years where I worked as a Detective and as a Master Police Officer. I possess a Master's Degree in Public Administration from Troy University. I have training and experience in the enforcement of the laws of the United States, including the preparation, presentation, and service of subpoenas, affidavits, criminal complaints, search warrants, and arrests warrants.

1

3. This affidavit is based on information obtained by me, information conveyed to me by other law enforcement officers, and a review of evidence, records, and documents obtained during the course of the investigation. This affidavit reflects my current understanding of facts relating to this investigation, but my understanding may change in the future as the investigation proceeds and new information is discovered. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

4. This Affidavit is submitted for the limited purpose of securing an arrest warrant. It does not include each and every fact known to me or the government about the investigation. I have set forth only those facts that I believe are necessary to establish probable cause.

## II. APPLICABLE LAW

5. 18 U.S.C. § 111(a) states:

> " Whoever forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties. . . be fined under this title or imprisoned not more than one year, or both."

## III. PROBABLE CAUSE

6. On October 27, 2025, at approximately 1000 hours, HSI Harrisonburg SA Stein and U.S. Customs and Border Protection Officer (CBPO) Lam performed a traffic stop on Jaykie FUNEZ ANDRADE. The traffic stop was initiated because, while on surveillance, SA Stein and CBPO Lam observed a vehicle displaying Virginia license plate TJC7755. This plate was known to SA Stein and CBPO Lam to be registered to FUNEZ ANDRADE for whom they had an outstanding Warrant of Removal/Deportation in hand. FUNEZ ANDRADE is a citizen of

Honduras who is illegally in the United States and has a Final Order of Removal. The vehicle was observed leaving Valley View Mobile Home Park, which is where the Virginia Department of Motor vehicles lists FUNEZ ANDRADE to be living and where the vehicle is registered. The vehicle was followed and stopped near the 2700 block of N. Valley Pike in Harrisonburg, VA.

7. SA Stein and CBPO Lam were wearing law enforcement markings, verbally identified themselves as law enforcement, and ordered FUNEZ ANDRADE to produce a driver's license and vehicle registration. FUNEZ ANDRADE complied with the order and produced Virginia driver's license number AXXXXXX63 with the name FUNEZ ANDRADE, Jaykie Jazmine and DOB: XX/XX/1983. FUNEZ ANDRADE also produced a Virginia registration that matched the vehicle and listed FUNEZ ANDRADE as the registered owner. This information matched the person listed on the outstanding Order of Removal/Deportation (I-205).

8. FUNEZ ANDRADE was then ordered to exit her vehicle and follow SA Stein to the rear of the vehicle; FUNEZ ANDRADE complied. FUNEZ ANDRADE turned off the engine to her vehicle, exited the driver's side door and walked to the rear of her vehicle. FUNEZ ANDRADE confirmed the driver's license she produced was hers and verbally confirmed her name matched the one on the license and that the vehicle was registered to her. After confirming FUNEZ ANDRADE's identity and matching it to the warrant, SA Stein advised FUNEZ ANDRADE that there was an active warrant for her arrest for immigration violations and that she was under arrest.

9. While SA Stein attempted to take physical custody of FUNEZ ANDRADE, FUNEZ ANDRADE pulled away from SA Stein's grasp, turned around, and moved away from SA Stein toward the driver's door of her vehicle, all while SA Stein held onto her from behind. FUNEZ ANDRADE used her entire body to (1) distance herself from the arresting officers by moving in the direction immediately opposite them, (2) move toward the driver's seat of the vehicle, and (3)

oppose the physical efforts of law enforcement to place her in handcuffs by turning and pulling her body and limbs in directions immediately opposite the forces being applied to her by the law enforcement officers. SA Stein ordered FUNEZ ANDRADE to stop resisting, but FUNEZ ANDRADE continued to user her body force to resist.  FUNEZ ANDRADE grasped a hold of the driver's door handle and refused to let go as she attempted to reenter the vehicle.  CBPO Lam was able to pull FUNEZ ANDRADE's hand off the handle then SA Stein forced FUNEZ ANDRADE to the ground.

10. Once on the ground, face down, FUNEZ ANDRADE stopped all actions that opposed the verbal commands and physical forces from the law enforcement officers and was taken into custody.  The resistance lasted approximately ten seconds. SA Stein suffered and abrasion to his right elbow and blunt force trauma to his right knee.  FUNEZ ANDRADE had an abrasion on her right elbow and a laceration on her right ear.  FUNEZ ANDRADE refused medical treatment.

## CONCLUSION

11.    For the foregoing reasons, I submit to the Court that probable cause exists to believe that FUNEZ ANDRADE forcibly resisted, opposed and impeded agents of the Department of Homeland Security engaged in the performance of official duties.

## OATH

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

        */s/ Scott M. Stein*
        Scott M. Stein
        Special Agent, Homeland Security Investigations

Received by reliable electronic means and sworn and attested to by telephone on this 30th day of October, 2025.

        _____
        JOEL C. HOPPE
        UNITED STATES MAGISTRATE JUDGE